# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ANTWONE LONEZO WILSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 2:23-cv-1304-MHH-GMB |
| ST. CLAIR COUNTY, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## **MEMORANDUM OPINION**

The Magistrate Judge entered a report on July 3, 2024, in which he recommended dismissal of this action under 28 U.S.C. § 1915A(b) for plaintiff Antwone Lonezo Wilson's failure to state a claim upon which relief can be granted. (Doc. 9). The Magistrate Judge advised Mr. Wilson of his right to file written objections within 14 days. (Doc. 9). To date, the Court has not received objections.

After consideration of the record in this case and the Magistrate Judge's report, the Court adopts the Magistrate Judge's analysis. Consistent with 28 U.S.C. § 1915A(b), by separate order, the Court will dismiss Mr. Wilson's claim against St. Clair County without prejudice for failure to state a claim upon which relief can be granted, and the Court will dismiss Mr. Wilson's claim against defendants Mercado, Casey, and Arledge with prejudice based on res judicata.

**DONE** and **ORDERED** this July 29, 2024.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE